```
                    UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
                         Alexandria Division

LaSalle Bank National          )
Association,                   )
                               )
        Plaintiff,             )
                               )
     v.                        )  Civil Action No. 1:07cv1045
                               )
Gallows and Lee, et al.,       )
                               )
        Defendants.            )
```

MEMORANDUM OPINION

THIS MATTER came before the Court on Intervenor Plaintiff's Motion to Enforce Settlement (# 195) and upon the Order of the Honorable Leonie M. Brinkema (# 197). Argument from all counsel was heard on October 31, 2008 and the Court has taken the matter under advisement. The parties are directed to contact chambers by Monday, November 10, 2008 with an update on the status of the settlement agreement.

```
                                      ___/s/_____
                                    THERESA CARROLL BUCHANAN
                                 UNITED STATES MAGISTRATE JUDGE
```

October 31, 2008
Alexandria, Virginia